

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EL PASO BEHAVIORAL HOSPITAL LLC, D/B/A/ RIO VISTA BEHAVIORAL HEALTH HOSPITAL, | § | No. 08-23-00342-CV |
| | § | Appeal from the |
| Appellant, | § | County Court at Law No. 3 |
| v. | § | of El Paso County, Texas |
| MARK V. TORREZ, Individually and as Representative of A.V.T., a Minor, | § | (TC#2022DCV2944) |
| | § | |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF DECEMBER 2023.


JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox, and Soto, JJ.